**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONIS L. SOTO GONZALES,

Petitioner,

v.

DHS OPLA,

Respondent.

Case No. 5:26-cv-02770-MCS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITHOUT PREJUDICE as moot.

DATED: November 9, 2026

Mark C. Scarsi

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE